FILED
2010 Apr-09 AM 10:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT “H”



Case 5:09-cv-00990-IPJ    Document 75-8    Filed 04/09/10    Page 3 of 5</>



