FILED
2010 Apr-09 AM 10:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT "K"

| CORP. | CUSTOMER | CENTER |
|---|---|---|
| 038 | 33104798 | 0020 |

# INVOICE

South Limestone Quarry
Tanner AL 35671
(256) 383-1645

| | | INVOICE NO. |
|---|---|---|
| | | 0020025754 |

SOLD TO: MILLER & MILLER BACKHOE SERV
21412 EASTER FERRY ROAD
ELKMONT, AL 35620

INVOICE DATE    05/04/09
JOB NUMBER

PO NUMBER     DIRT

TERMS         NET 30

Visit our web site:
www.rogersgroupinc.com

BY THIS DELIVERY WE ACQUIRE LIEN RIGHTS ON THE PROPERTY IMPROVED. NOTICE IS GIVEN THAT IF THIS INVOICE IS NOT PAID IN THE ORDINARY COURSE OF BUSINESS, THIS COMPANY WILL EXERCISE SAID RIGHTS.

A SERVICE CHARGE OF 1.5% PER MONTH, OR THE MAXIMUM RATE PERMITTED BY APPLICABLE STATE LAW, WHICHEVER IS LESSER, WILL BE ASSESSED AGAINST ALL DELINQUENT ACCOUNTS.

| DATE | TICKET NO. | PRODUCT CODE | MATERIAL DESCRIPTION | HAULER | UNITS | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 05/04/09 | 00027206 | 000850 | DIRT | | 1.00 | TN | 40.00 | 40.00 |
| 05/04/09 | 00027205 | 000850 | DIRT | | 1.00 | TN | 40.00 | 40.00 |
| | | | PRODUCT SUMMARY | | | | | |
| | | Code | Material Description | U.S. Tons (tn) | | | Amount | |
| | | 000850 | DIRT | 2.00 | | | 80.00 | |

| TOTAL UNITS | DELIVERY | MATERIAL | SALES TAX | SEVERANCE TAX | PAY THIS AMOUNT |
|---|---|---|---|---|---|
| 2.00 | 0.00 | 80.00 | 0.00 | 0.00 | 80.00 |

---

| CORP. | CUSTOMER | CENTER | REMITTANCE STUB | INVOICE NO. |
|---|---|---|---|---|
| 038 | 33104798 | 0020 | | 0020025754 |

MILLER & MILLER BACKHOE SERV

RETURN THIS STUB WITH PAYMENT TO:
ROGERS GROUP INC
PO BOX 102798
ATLANTA, GA 30368-2798

| PAY THIS AMOUNT |
|---|
| 80.00 |

| CORP. | CUSTOMER | CENTER |
|---|---|---|
| 038 | 30000008 | 0020 |

# INVOICE

South Limestone Quarry
Tanner AL 35671
(256) 383-1545

INVOICE NO. 0020025753

SOLD TO: CREDIT CARD SALES
ATTN: LISA HAMMOND
PO BOX 25250
NASHVILLE, TN 37202

INVOICE DATE: 05/05/09
JOB NUMBER:
PO NUMBER: EAGLE MANAGEMENT/ATHENS WHOLESALE NURSERY
TERMS: NET 30

Visit our web site:
www.rogersgroupinc.com

BY THIS DELIVERY WE ACQUIRE LIEN RIGHTS ON THE PROPERTY IMPROVED. NOTICE IS GIVEN THAT IF THIS INVOICE IS NOT PAID IN THE ORDINARY COURSE OF BUSINESS, THIS COMPANY WILL EXCERCISE SAID RIGHTS.

A SERVICE CHARGE OF 1.5% PER MONTH, OR THE MAXIMUM RATE PERMITTED BY APPLICABLE STATE LAW, WHICH EVER IS LESSER, WILL BE ASSESSED AGAINST ALL DELIQUENT ACCOUNTS.

| DATE | TICKET NO. | PRODUCT CODE | MATERIAL DESCRIPTION | HAULER | UNITS | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 05/05/09 | 3 | 000850 | CRUSHER RUN | | 1.00 | TN | 180.00 | 180.00 |
| 05/05/09 | 4 | 000850 | CRUSHER RUN | | 1.00 | TN | 180.00 | 180.00 |
| | | | PRODUCT SUMMARY | | | | | |
| | | Code | Material Description | U.S. Tons (tn) | | | Amount | |
| | | 000850 | CRUSHER RUN | 2.00 | | | 360.00 | |

| TOTAL UNITS | DELIVERY | MATERIAL | SALES TAX | SEVERANCE TAX | PAY THIS AMOUNT |
|---|---|---|---|---|---|
| 2.00 | 0.00 | 360.00 | 21.60 | 0.00 | 381.60 |

---

| CORP. | CUSTOMER | CENTER |
|---|---|---|
| 038 | 30000008 | 0020 |

REMITTANCE STUB

INVOICE NO. 0020025753

CREDIT CARD SALES

RETURN THIS STUB WITH PAYMENT TO:
ROGERS GROUP INC
PO BOX 102798
ATLANTA, GA 30368-2798

| PAY THIS AMOUNT |
|---|
| 381.60 |

| CORP. | CUSTOMER | CENTER |
|---|---|---|
| 038 | 37190219 | 0020 |

# INVOICE

South Limestone Quarry
Tanner AL 35671
(256) 383-1645

**INVOICE NO.** 0020025755

SOLD TO: BRELAND COMPANIES
2101 CLINTON AVE. W.
STE. 501
HUNTSVILLE, AL 35805

INVOICE DATE  05/06/09
JOB NUMBER

PO NUMBER  SOUTH LIMESTONE

TERMS  NET 30

Visit our web site:
www.rogersgroupinc.com

BY THIS DELIVERY WE ACQUIRE LIEN RIGHTS ON THE PROPERTY IMPROVED. NOTICE IS GIVEN THAT IF THIS INVOICE IS NOT PAID IN THE ORDINARY COURSE OF BUSINESS, THIS COMPANY WILL EXERCISE SAID RIGHTS.

A SERVICE CHARGE OF 1.5% PER MONTH, OR THE MAXIMUM RATE PERMITTED BY APPLICABLE STATE LAW, WHICHEVER IS LESSER, WILL BE ASSESSED AGAINST ALL DELINQUENT ACCOUNTS.

| DATE | TICKET NO. | PRODUCT CODE | MATERIAL DESCRIPTION | HAULER | UNITS | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 05/06/09 | 7 | 003600 | SHOT ROCK | 6602351 | 20.00 | TN | 10.00 | 200.00 |
| 05/06/09 | 8 | 003600 | SHOT ROCK | 6602351 | 20.00 | TN | 10.00 | 200.00 |
| | | | PRODUCT SUMMARY | | | | | |
| | | Code | Material Description | | U.S. Tons (tn) | | Amount | |
| | | 003600 | SHOT ROCK | | 40.00 | | 400.00 | |

| TOTAL UNITS | DELIVERY | MATERIAL | SALES TAX | SEVERANCE TAX | PAY THIS AMOUNT |
|---|---|---|---|---|---|
| 40.00 | 0.00 | 400.00 | 24.00 | 0.00 | 424.00 |

| CORP. | CUSTOMER | CENTER |
|---|---|---|
| 038 | 37190219 | 0020 |

REMITTANCE STUB

INVOICE NO. 0020025755

BRELAND COMPANIES

RETURN THIS STUB WITH PAYMENT TO:
ROGERS GROUP INC
PO BOX 102798
ATLANTA, GA 30368-2798

| PAY THIS AMOUNT |
|---|
| 424.00 |

| CORP. | CUSTOMER | CENTER |
|---|---|---|
| 038 | 37045418 | 0020 |

# INVOICE

South Limestone Quarry
Tanner AL 35671
(256) 383-1645

INVOICE NO. 0020025822

SOLD TO: STANLEY CONSTRUCTION COMPANY
4410-A EVANGEL CIRCLE NW
HUNTSVILLE, AL 35816

INVOICE DATE: 05/12/09
JOB NUMBER: SHOT ROCK
PO NUMBER:
TERMS: NET 30

Visit our web site:
www.rogersgroupinc.com

BY THIS DELIVERY WE ACQUIRE LIEN RIGHTS ON THE PROPERTY IMPROVED. NOTICE IS GIVEN THAT IF THIS INVOICE IS NOT PAID IN THE ORDINARY COURSE OF BUSINESS, THIS COMPANY WILL EXCERISE SAID RIGHTS.

A SERVICE CHARGE OF 1.5% PER MONTH, OR THE MAXIMUM RATE PERMITTED BY APPLICABLE STATE LAW, WHICHEVER IS LESSER, WILL BE ASSESSED AGAINST ALL DELIQUENT ACCOUNTS.

| DATE | TICKET NO. | PRODUCT CODE | MATERIAL DESCRIPTION | HAULER | UNITS | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 05/11/09 | 00027208 | 003600 | SHOT ROCK | | 1.00 | TN | 40.00 | 40.00 |
| 05/11/09 | 00027209 | 003600 | SHOT ROCK | | 1.00 | TN | 40.00 | 40.00 |
| 05/11/09 | 00027210 | 003600 | SHOT ROCK | | 1.00 | TN | 40.00 | 40.00 |
| 05/11/09 | 00027211 | 003600 | SHOT ROCK | | 1.00 | TN | 40.00 | 40.00 |
| 05/11/09 | 00027207 | 003600 | SHOT ROCK | | 1.00 | TN | 40.00 | 40.00 |
| 05/11/09 | 00027214 | 003600 | SHOT ROCK | | 1.00 | TN | 40.00 | 40.00 |
| 05/11/09 | 00027215 | 003600 | SHOT ROCK | | 1.00 | TN | 40.00 | 40.00 |
| 05/11/09 | 00027216 | 003600 | SHOT ROCK | | 1.00 | TN | 40.00 | 40.00 |
| 05/11/09 | 00027217 | 003600 | SHOT ROCK | | 1.00 | TN | 40.00 | 40.00 |
| 05/11/09 | 00027218 | 003600 | SHOT ROCK | | 1.00 | TN | 40.00 | 40.00 |
| 05/11/09 | 00027212 | 003600 | SHOT ROCK | | 1.00 | TN | 40.00 | 40.00 |
| 05/11/09 | 00027213 | 003600 | SHOT ROCK | | 1.00 | TN | 40.00 | 40.00 |
| 05/11/09 | 00027219 | 003600 | SHOT ROCK | | 1.00 | TN | 40.00 | 40.00 |
| 05/12/09 | 00027222 | 003600 | SHOT ROCK | | 1.00 | TN | 40.00 | 40.00 |
| 05/12/09 | 00027223 | 003600 | SHOT ROCK | | 1.00 | TN | 40.00 | 40.00 |
| 05/12/09 | 00027224 | 003600 | SHOT ROCK | | 1.00 | TN | 40.00 | 40.00 |
| 05/12/09 | 00027220 | 003600 | SHOT ROCK | | 1.00 | TN | 40.00 | 40.00 |
| 05/12/09 | 00027221 | 003600 | SHOT ROCK | | 1.00 | TN | 40.00 | 40.00 |

PRODUCT SUMMARY

| Code | Material Description | U.S. Tons (tn) | Amount |
|---|---|---|---|
| 003600 | SHOT ROCK | 18.00 | 720.00 |

| TOTAL UNITS | DELIVERY | MATERIAL | SALES TAX | SEVERANCE TAX | PAY THIS AMOUNT |
|---|---|---|---|---|---|
| 18.00 | 0.00 | 720.00 | 43.20 | 0.00 | 763.20 |

---

| CORP. | CUSTOMER | CENTER | REMITTANCE STUB | INVOICE NO. |
|---|---|---|---|---|
| 038 | 37045418 | 0020 | | 0020025822 |

STANLEY CONSTRUCTION COMPANY

RETURN THIS STUB WITH PAYMENT TO:
ROGERS GROUP INC
PO BOX 102798
ATLANTA, GA 30368-2798

| PAY THIS AMOUNT |
|---|
| 763.20 |