FILED
2010 Apr-09  AM 10:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT "L"